# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WHITING-TURNER CONTRACTING CO., <br><br>         Plaintiff, <br>   vs. <br><br>FIRST MOUNTAIN BANCORP., <br><br>         Defendant. | Case No.: 2:13-cv-00916-GMN-PAL <br><br> **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE LEEN** |

Before the Court for consideration is the Report and Recommendation (ECF No. 18) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered July 28, 2014.

Pursuant to Local Rule IB 3-2(a), objections were due by August 14, 2014.  No objections have been filed.  Instead, the parties filed a Status Report (ECF No. 19) on August 13, 2014 informing the Court that they have reached a settlement that is contingent upon Defendant making future payments and requesting that the Court not enter judgment or dismiss the case until ninety-one days after August 27, 2014.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Leen's recommendation that Plaintiff's Motion for Default Judgment (ECF No. 17) be **Granted**.  However, pursuant to the request of the parties, the Court will stay the entering of formal judgment until November 26, 2014 or until the parties request that the stay be lifted.  Therefore, the Court has determined that Magistrate Judge Leens's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

1  **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 18) is
2  **ACCEPTED and ADOPTED in full.**
3  **IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (ECF No.
4  17) is **GRANTED**.
5  **IT IS FURTHER ORDERED** that this case is stayed until November 26, 2014 or until
6  the parties request that the stay be lifted.  The clerk shall not enter final judgment until the stay
7  has been lifted.
8  **DATED** this __10__ day of September, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court