UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE WHITING-TURNER CONTRACTING COMPANY,<br><br>              Plaintiff,<br><br>      v.<br><br>FIRST MOUNTAIN BANCORP,<br><br>              Defendant. | Case No. 2:13-cv-00916-GMN-PAL<br><br>ORDER |

This matter is before the court on the Substitution of Attorney (Dkt. #25) filed January 26, 2015. Leon F. Mead II and Bryan M. Gragg seek leave to be substituted in the place and stead of Kevin J. Hejmanowski, Todd M. Touton and Lynda Sue Mabry for Plaintiff The Whiting-Turner Contracting Company. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

In an Order (Dkt #23) entered January 23, 2015 the district judge granted Plaintiff's motion to lift stay, entered final judgment against Defendant First Mountain Bancorp in the amount of $494,533.22 plus post-judgment interest and directed the clerk to enter judgment and close the case.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Substitution of Counsel (Dkt. #25) is **APPROVED**.

///

2. Leon F. Mead, II and Bryan M. Gragg are substituted in the place of Kevin J. Hejmanowski, Todd M. Touton and Lynda Sue Mabry as counsel for Plaintiff The Whiting-Turner Contracting Company, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 9th day of February, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE